# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLYNN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CANLAS, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01052-AWI-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT MALAKKLA TO CONSENT OR DECLINE TO UNITED STATES MAGISTRATE JUDGE JURISDICTION<br><br>**TEN (10) DAY DEADLINE** |

　　　　Plaintiff David Flynn ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This action proceeds against Defendants Maddox and Malakkla for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

　　　　The record reflects that Defendant Malakkla has not filed a valid consent or request for reassignment form despite appearing in this action. Therefore, Defendant Malakkla shall notify the Court within ten (10) days from the date of service of this order whether he consents to or declines United States Magistrate Judge jurisdiction.

　　　　Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of the Court is directed to send Defendant Malakkla a copy of the consent or request for reassignment form and the instructions for consent to Magistrate Judge jurisdiction; and

1

2. Defendant Malakkla shall complete and return the consent or request for reassignment form within **ten (10) days** of service of this order.

IT IS SO ORDERED.

Dated: __**October 15, 2017**__      /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE