1
2
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID FLYNN,                              Case No.  1:16-cv-01052-AWI-BAM (PC)

12                   Plaintiff,                ORDER GRANTING MOTION FOR
                                               EXTENSION OF TIME TO FILE JOINT
13           v.                                STATEMENT

14   CANLAS, et al.,                           (ECF No. 30)

15                   Defendants.               **Joint Statement Due: December 8, 2017**

16

17           Plaintiff David Flynn ("Plaintiff") is a state prisoner proceeding pro se and in forma

18   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

19           On October 27, 2017, Defendants filed a motion to compel answers to interrogatories,

20   requests for production of documents, and answers to questions at oral deposition.  (ECF No. 28.)

21   On October 30, 2017, the Court issued an order staying briefing on the motion to compel, and

22   directing the parties to meet and confer and file a Joint Statement.  (ECF No. 29.)

23           Currently before the Court is Defendants' motion requesting an extension of time to meet

24   and confer and submit a Joint Statement pursuant to the Court's October 30, 2017 order.  (ECF

25   No. 30.)  Defense counsel states that due to Plaintiff's living situation, travel for depositions, and

26   the Thanksgiving holiday, the parties were unable to meet and confer or prepare the Joint

27   Statement prior to the deadline.  Defense counsel further states that, based on representations in

28   Plaintiff's correspondence, he is confident that the parties will be able to resolve their discovery

                                                  1

dispute, and therefore requests an extension of time to December 8, 2017 to comply with the Court's order.  (Id.)

Although Plaintiff has not had an opportunity to respond to Defendants' request, the Court finds a response unnecessary, and the motion is deemed submitted.  Local Rule 230(l).

Having considered the request, the Court finds good cause to modify the briefing schedule in this matter.  Fed. R. Civ. P. 6(b).  The Court further finds that Plaintiff will not be prejudiced by the extension of time requested here.

Accordingly, Defendants' request for an extension of time to submit Joint Statement, (ECF No. 30), is GRANTED.  The parties shall meet and confer regarding Defendants' motion to compel and file a Joint Statement on or before **December 8, 2017**.

IT IS SO ORDERED.

Dated:   **November 28, 2017**            ___/s/ _Barbara A. McAuliffe___
                                           UNITED STATES MAGISTRATE JUDGE