# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLYNN,<br><br>        Plaintiff,<br><br>    v.<br><br>CANLAS, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01052-AWI-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 44)<br><br>**Dispositive Motion Deadline: September 14, 2018** |

Plaintiff David Flynn ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff was a prisoner at the time this action was initiated. This action proceeds against Defendant Maddox for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

Pursuant to the Court's May 23, 2018 order, the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is July 27, 2018. (ECF No. 38.)

Currently before the Court is Defendant Maddox's second request for an extension of the dispositive motion deadline. (ECF No. 44.) Defendant explains that defense counsel only recently located Defendant Maddox in order to evaluation the potential merits of a summary judgment motion on her behalf, and has determined that a motion for summary judgment is

1

appropriate.  Defendant therefore requests an extension of the dispositive motion deadline to September 14, 2018.  (Id.)  Plaintiff has not yet had the opportunity to file a response, but the Court finds a response is unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

Upon review of the request, the Court finds that Defendant has shown good cause for modifying the scheduling order in this matter.  Fed. R. Civ. P. 16(b)(4).  Given the outstanding discovery responses due from Defendant Maddox, the Court finds that Plaintiff will not be prejudiced by the brief extension requested here.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion for extension of time, (ECF No. 44), is GRANTED; and
2. All dispositive motions (other than a motion for summary judgment for failure to exhaust) shall be filed on or before **September 14, 2018**.

IT IS SO ORDERED.

Dated: __**August 21, 2018**__          /s/ *Barbara A. McAuliffe* _
UNITED STATES MAGISTRATE JUDGE