# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLYNN,<br><br>        Plaintiff,<br><br>    v.<br><br>CANLAS, *et al.*,<br><br>        Defendants. | Case No. 1:16-cv-01052-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 59) |

    Plaintiff David Flynn ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Maddox for deliberate indifference to serious medical needs in violation of the Eighth Amendment and for falsification of medical appeals responses. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 9, 2019, the Magistrate Judge issued findings and recommendations that Defendant's motion for summary judgment be granted. (ECF No. 59.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days after service. (Id. at 13.) No objections have been filed, and the deadline to do so has expired.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on September 9, 2019, (ECF No. 59), are adopted in full;
2. Defendant's motion for summary judgment, (ECF No. 52), is GRANTED; and
3. Judgment shall be entered in favor of Defendant Maddox and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 30, 2019

_____
SENIOR DISTRICT JUDGE